# Court of Appeals
# of the State of Georgia

ATLANTA,    May 12, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1489.  DAVID B. VINCENT et al. v. ELITE REAL ESTATE SERVICES, LLC et al.**

David and Kimberly Ann Vincent filed a quiet title action against Elite Real Estate Services, LLC and other defendants.  On July 3, 2013, the trial court granted the defendants' motion to dismiss, ruling that the action was "a disguise claim for [w]rongful foreclosure and fails as a matter of law."  That same day, the court ordered the Vincents to pay rent into the registry of the court as tenants-at-sufferance.[1]  On March 18, 2014, the Vincents filed a notice of appeal seeking to challenge the order directing the payment of rent into the registry of the court.  We, however, lack jurisdiction.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days after entry of the appealable order.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007).  Here, the Vincents filed their notice of appeal 258 days after entry of the order they seek to appeal.  We lack jurisdiction to

---

[1] The court later entered a writ of possession in favor of the defendants, but the writ was marked "returned pending litigation in court."

consider this untimely appeal, which is therefore DISMISSED.[2]



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __05/12/2014__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[2] To the extent that the Vincents contend that they did not receive timely notice of the order to be appealed, their remedy is to petition the trial court to vacate and re-enter the order as a means of correcting the problem. See *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980). Re-entry of the order would begin anew the time for filing a notice of appeal in the trial court. See *Cambron*, supra.